# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>   ) <br>   Plaintiff,   )<br>   )<br>vs.   )<br>   )<br>ANTHONY P. WEIDENFELLER,   )<br>   )<br>   Defendant.   ) | 8:05CV500<br><br>ORDER |

This matter is before the court on the defendant's objection to default judgment (Filing No. 11). The court will deem the objection as a motion to set aside default judgment.

**IT IS ORDERED:**

The defendant's objection to default judgment (Filing No. 11) deemed a motion to set aside default judgment is set for oral argument and an evidentiary hearing **for Thursday, February 16, 2006, at 9:00 a.m.** in Courtroom No. 7, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 6th day of February, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge