IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV500 |
| | ) | |
| v. | ) | |
| | ) | |
| ANTHONY P. WEIDENFELLER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Before the court is the report and recommendation of United States Magistrate Judge Thomas D. Thalken, Filing No. 14. No objection has been filed to the report and recommendation. Pursuant to NECivR 72.3 and 28 U.S.C. § 636(b)(1)(C), the court has conducted a de novo review of the record and adopts the report and recommendation in its entirety.

THEREFORE, IT IS HEREBY ORDERED that:

1. The magistrate's report and recommendation, Filing No. 14, is adopted in its entirety;
2. The defendant's objection, Filing No. 11, to the motion for default judgment, Filing No. 10, which the court construes as a motion to set aside the default judgment, is denied.

DATED this 8th day of March, 2006.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge